IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stanley Brown, :
:
    Petitioner(s), :
:
vs. : Case Number: 1:16cv647
:
: Judge Susan J. Dlott
Warden, Pickaway Correctional Complex
:
    Respondent(s). :

ORDER

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 29, 2016 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 17, 2016, hereby ADOPTS said Report and Recommendation.

    Accordingly, this matter is DISMISSED for lack of prosecution.

    IT IS SO ORDERED.

*Susan J. Dlott* (signature)
Judge Susan J. Dlott
United States District Court